VANDERHOFF LAW GROUP
Alan Vanderhoff, Cal. Bar No. 138032
Jeanne C. Vanderhoff, Cal. Bar No. 138011
750 B Street, Suite 1620
San Diego, California  92101
Telephone: (619) 299-2050

Attorneys for MI ARBOLITO, LLC

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MI ARBOLITO, LLC,<br><br>                          Debtor.<br>_____ | Case No. 08-04553-LT11<br><br>MOTION TO APPROVE POST-PETITION FINANCING OR, IN THE ALTERNATIVE, TO APPROVE SALE OF UNITS AND USE OF CASH COLLATERAL<br><br>Date:    December 17, 2008<br>Time:    2:00 p.m.<br>Dept:    3<br>Judge:   Hon. Laura S. Taylor |

MI ARBOLITO, LLC, debtor-in-possession in the above-captioned case (the "Debtor"), hereby moves pursuant to Bankruptcy Code section 364(d) for authority to borrow funds secured by a super-priority lien on the Debtor's real property on the terms set forth below and in the loan commitment attached as Exhibit "A" to the Declaration of Anthony G. Cutri (the "Cutri Declaration") filed concurrently herewith. The proceeds of the loan would be used to complete construction of the Debtor's luxury condominium building and for marketing the units.

1

The construction loan would be on the following terms: (1) a principal amount of up to $3,550,000, (2) interest at sixteen percent (16%) per annum, (3) a loan fee equal to four points, (4) secured by a super-priority lien on the Debtor's real property, and (5) due and payable in 12 months from the date of the initial advance under the loan. The proceeds from the loan would be used to complete construction of the condominium building, provide a marketing budget for the sale of the units, and pay interest and loan fees for the loan. The full terms of the proposed construction loan are set forth in the loan commitment from Cypress Lending Group attached as Exhibit "A" to the Cutri Declaration.

In the alternative, the Debtor moves pursuant to Bankruptcy Code section 363(f) and 363 (b) for authority to (1) sell four of the units in the condominium building free and clear of liens, on the terms set forth below and in the Letter of Intent attached as Exhibit "B" to the Cutri Declaration, and (2) use the proceeds of the sale to complete the construction of the condominium building and for marketing of the remaining units.

Under the sale motion the Debtor seeks approval of an to sell Units 1, 3, 6 and 1250 to Centurion Acquisitions, L.P. ("Centurion"). The sale agreement would provide for the sale of Units 1, 3, 6 and 1250 for $400 per square foot, for a total sales price of $3,618,400.  The Debtor shall have the right to re-sell any or all of the four units for a period of twelve months following the closing date. Upon re-sale, Centurion would receive the first $555 per square foot. Any sale proceeds over $555 per square foot would be split 25% to Centurion and 75% to the estate. The Debtor would have the right to repurchase any or all of the four units for the purpose of effectuating its right to resell the units. The sale proceeds would be disbursed through a fund control company in order to pay the construction costs of completing the condominium building and to provide

1  funds for marketing the sale of the units. The terms of the proposed sale and
2  repurchase option are more fully set forth in the Letter of Intent attached as
3  Exhibit "B" to the Cutri Declaration.
4      This Motion is based on the Notice of Motion, the Memorandum of
5  Points and Authorities, the Declaration of Anthony G. Cutri, and the
6  Declaration of Alan Vanderhoff filed concurrently herewith, all documents and
7  pleadings on file in this case, and such other arguments and documents as may
8  be presented at or before the hearing on this Motion.
9  November 19, 2008        VANDERHOFF LAW GROUP

10                         /s/ Alan Vanderhoff
                    By: _____
11                          Alan Vanderhoff

                  Attorneys for MI ARBOLITO, LLC

3

<u>In re Mi Arbolito, LLC</u>
Bankruptcy Court Case No. 08-04553-LT11

PROOF OF SERVICE BY E-MAIL

  I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is 750 "B" Street, Suite 1620, San Diego, California 92101.

  On November 19, 2008, I served the following document(s):

Notice of Motion and Hearing

Motion to Approve Post-Petition Financing or, in the Alternative, to Approve Sale of Units and Use of Cash Collateral

Memorandum of Points and Authorities in Support of Motion to Approve Post-Petition Financing or, in the Alternative, to Approve Sale of Units and Use of Cash Collateral

Declaration of Anthony G. Cutri in Support of Motion to Approve Post-Petition Financing or, in the Alternative, to Approve Sale of Units and Use of Cash Collateral

Declaration of Alan Vanderhoff in Support of Motion to Approve Post-Petition Financing or, in the Alternative, to Approve Sale of Units and Use of Cash Collateral

by transmitting a true copy of each document via e-mail to each person set forth on the attached list at the e-mail addresses set forth on the attached list.

  I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on November 19, 2008, at San Diego, California.

                /s/ Alan Vanderhoff
                _____
                  Alan Vanderhoff

<u>SPECIAL NOTICE</u>

Kenneth R. Reynolds, Esq.
Kenneth R. Reynolds, Inc.
2020 Hurley Way, Suite 210
Sacramento, CA 95825
krrlaw@sbcglobal.net

Murray M. Helm, Jr., Esq.
Law Offices of Murray M. Helm, Jr.
550 West "C" Street, Suite 1150
San Diego, California 92101
mhelm@helm-law.com

Ali M.M. Mojdehi, Esq.
Baker & McKenzie
12544 High Bluff Drive, Third Floor
San Diego, CA 92130-3051
ali.m.m.mojdehi@bakernet.com
janet.d.gertz@bakernet.com

David Ortiz
Office of the United States Trustee
402 West Broadway, Suite 600
San Diego, CA 92101
david.a.ortiz@usdoj.gov

Drew Luis
Del Toro Holdings
drew@deltoroholdings.com

James Jay Stoffel, Esq.
Beberman, Stoffel & Beberman
7676 Hazard Center Drive, Suite 500
San Diego, California 92108
jstoffel@bsblaw.org

Pamela LaBruyere, Esq.
Solomon, Grindle, Siverman & Spinella
12651 High Bluff Drive, Suite 300
San Diego, CA 92130
pamela@sgsslaw.com

Dennis J. Wickham, Esq.
Seltzer Caplan McMahon Vitek
750 B Street, Suite 2100
San Diego, CA 92101
wickham@scmv.com

Timothy Silverman, Esq.
Solomon, Grindle, Siverman & Spinella
12651 High Bluff Drive, Suite 300
San Diego, CA 92130
tim@sgsslaw.com

Stephanie Rodriguez
Del Toro Holdings
Stephanie@deltoroholdings.com