UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MI ARBOLITO, LLC,<br><br>Debtor. | Case No. 08-04553-LT11<br><br>DECLARATION OF CRAIG A. IRVING IN SUPPORT OF POST-PETITION FINANCING ~~OR IN THE ALTERNATIVE, TO APPROVE SALE OF UNITS AND USE OF CASH COLLATERAL~~ |

I, CRAIG A. IRVING, declare as follows:

1.  I am a resident of San Diego, California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, would and could testify competently thereto.

2.  I am a member of 3415 Funding, LLC, a Delaware limited liability company ("3415"). I am a real estate broker duly licensed by the State of California.

3.  3415 is prepared to make a loan to Mi Arbolito, LLC ("Borrower"), in the amount of $6,200,000 (the "Loan"), on substantially the terms contained in the loan documents attached to the Stipulation Modifying Confirmed Joint Plan of Reorganization Dated December 31, 2009, filed in the above-captioned bankruptcy case on May 17, 2010.

1

4. Neither I nor any other member of 3415 is affiliated with Borrower or, to my knowledge, any other person associated with Borrower or the above-captioned bankruptcy case.

5. The opportunity to make the Loan was presented to me and the other member of 3415 through a broker to whom, I am informed, the opportunity had been presented by Mr. Joe Cutri. Mr. Joe Cutri is the cousin of Mr. Tony Cutri, a principal of the Borrower. Neither I nor any other member of 3415 is affiliated with Mr. Joe Cutri.

6. The terms of the Loan were negotiated by 3415 and Borrower at complete arms-length with the assistance of 3415's broker and separate legal counsel. Borrower was represented by separate legal counsel. 3415's broker and attorney are being compensated for their services from the proceeds of the Loan.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in San Diego, California on May 18, 2010.

_____
CRAIG A. IRVING